UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LETICIA VASQUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant.[1] | No. 5:21-cv-00882-PVC<br><br>JUDGMENT |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date:  12/08/21

　　　　　　　　　　　　　　　　　　／s／ Pedro V. Castillo
　　　　　　　　　　　　　　　　　　HON. PEDRO V. CASTILLO
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 43(c)(2) of the Federal Rules of Appellate Procedure, Kilolo Kijakazi should therefore be substituted for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).